UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:                                                            Chapter 7

WILLIAM CABRERA and
LIGDAMIS CABRERA,                                                 Case No.: 17-45112-nhl

                        Debtors.
------------------------------------------------------------------x

## NOTICE OF ABANDONMENT OF PROPERTY OF THE ESTATE

**TO:  ALL CREDITORS AND OTHER
      PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE,** that Richard J. McCord, the Chapter 7 Trustee in the above referenced matter (the "Trustee") intends to abandon his right, title and interest in and to the inventory and equipment of the Debtors' business, Dynamic Fireproofing Corp., pursuant to 11 U.S.C. §554, Rule 6007 of the Federal Rules of Bankruptcy Procedure and E.D.N.Y. Local Rule 6007-1.

William Cabrera and Ligdamis Cabrera (the "Debtors") filed a Chapter 7 petition on October 2, 2017 and the Trustee was appointed as Chapter 7 Trustee herein pursuant to 11 U.S.C. §702(d).

The Debtors were the owners of Dynamic Fireproof Corp. ("Dynamic"), a business which ceased operating in July, 2017. Dynamic was the owner of certain inventory, including but not limited to, various mixers, spray force pumps, patch pumps, hy-flex pumps, accelerator pumps, air compressor and tool box ("Equipment") and a 2008 Isuzu NPR Truck ("Vehicle"). The Trustee has been advised that the some of the Equipment and the Vehicle are located in Pennsylvania, and some of the Equipment is located in Rockaway Park, New York.

The Trustee's representatives, MYC & Associates, Inc. ("MYC") evaluated the Equipment and the Vehicle and advised the Trustee that the value of the Vehicle and the Equipment is far less than the costs that would be associated with and incurred by the Trustee to sell same, and recommended that the Trustee abandon his right, title and interest in the Vehicle and Equipment. Therefore, it would be in the best interest of the estate for the Trustee to abandon his right, title and interest in the Equipment and Vehicle.

Please take further notice, that objections, if any to the relief requested in this Notice, shall be made in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, shall set forth the basis for the objection and the specific grounds therefore, and shall be filed with the Bankruptcy Court electronically in accordance with the General Order dated December 26, 2002 Governing Electronic Filing Procedures (the "General Order")(which can be found at www.nyeb.uscourts.gov) by registered users of the Bankruptcy Court's case filing systems and, by all other parties-in-interest, on a diskette in PDF format (with a hard copy delivered directly to Judge Lord's Chambers, United States Bankruptcy Court, Eastern District of New York, 271 Cadman Plaza East, Courtroom 3577, Brooklyn, New York 11201) and served in accordance with the General Order, and shall further be served upon

Richard J. McCord, Esq., Chapter 7 Trustee, Certilman Balin Adler & Hyman, LLP., 90 Merrick Avenue, East Meadow, New York 11554 and the Office of the United States Trustee, Eastern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014. All filing and service are to be made so as to be actually received by each party on or before **January 16, 2018 at 4:00 p.m.**

In the event objections are filed, a hearing will be held before the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, United States Bankruptcy Court, Eastern District of New York, 271 Cadman Plaza East, Courtroom 3577, Brooklyn, New York 11201, on January 24, 2018 at 3:30 p.m.

**If no objections are filed, a hearing will not be held, and the Equipment and the Vehicle will be deemed abandoned as of January 17, 2018.**

Dated: East Meadow, New York
       December 27, 2017

                              By: /s/ Richard J. McCord
                              **RICHARD J. MCCORD, ESQ.**
                              Chapter 7 Trustee for the Estate of
                              William and Ligdamis Cabrera
                              90 Merrick Avenue
                              East Meadow, New York 11554
                              Phone: (516) 296-7000

6505209.1